In the Matter of the Accounting of BERT R. WILSON et al., as Trustee under the Will of ALBINA CHASE, Deceased, Appellants.

BURTON M. CHASE et al., Respondents.

*Will — construction — when trust fund for benefit of daughter until her marriage or death with remainder to grandchildren upon death of daughter falls into residue upon remarriage of daughter.*

*Matter of Chase*, 201 App. Div. 798, reversed.

(Argued February 28, 1923; decided March 20, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 24, 1922, which reversed in part a decree of the Niagara County Surrogate's Court directing distribution of the estate of Albina Chase, deceased. Testatrix gave to her trustees a certain sum in trust to pay the income to a daughter until her marriage or death. In the event of her marriage said income to cease and the daughter to participate in the distribution of the estate after death of her father in the same manner as other children of testatrix. By a subsequent paragraph she provided that after the death of the daughter the sum left in trust for her use should be divided equally between four grandchildren. The daughter married after the death of testatrix but before the death of her father. The question was whether the sum held in trust for the benefit of the daughter fell into the residue for division between the children of the testatrix or was the sum vested in the grandchildren.

*William E. Lockner* for appellants.
*Otto W. Iloff* for respondents.

Order of Appellate Division in so far as it reverses decision of the Surrogate's Court reversed and decision of Surrogate's Court affirmed, with costs in this court and Appellate Division, on dissenting opinion of CLARK, J., below.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.